IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and MARY NEUMAYR, in her official capacity as Chair of the council on Environmental Quality,<br><br>Defendants. | Case No. 3:20-cv-6057-RS<br><br>**ORDER STAYING CASE FOR 60 DAYS** |

Federal Defendants and Plaintiffs have submitted a joint stipulation to stay this case for 60 days. Pursuant to the Stipulation, the case is hereby STAYED for 60 days from the date of this order. All currently pending deadlines are hereby VACATED.

A status conference to discuss future proceedings in this case and the related case, *Alaska Community Action on Toxics v. CEQ*, No. 3:20-cv-05199-RS (N.D. Cal.), is set for April 15, 2021. The parties shall submit a joint status report regarding future proceedings no later than 7 days before the status conference.

IT IS SO ORDERED.

Dated: February 12, 2021

Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE