IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and MARY NEUMAYR, in her official capacity as Chair of the council on Environmental Quality,<br><br>Defendants. | Case No. 3:20-cv-6057-RS<br><br>[PROPOSED] ORDER EXTENDING STAY OF CASE BY 45 DAYS AND SCHEDULING STATUS CONFERENCE |

Federal Defendants and Plaintiffs have submitted a joint stipulation to extend the stay of this case by an additional 45 days.  Pursuant to the stipulation, the stay in this case is hereby extended by 45 days and the case is STAYED until May 28, 2021.

~~The parties shall submit a joint status report regarding future proceedings on or before May 26, 2021~~.  A Status conference will be held regarding future proceedings at 10:00 am on Thursday, June 3, 2021. The parties shall submit a Joint Status Report at least one week in advance.

Federal Defendants' reply in support of their motion to dismiss is hereby due June 11, 2021.

IT IS SO ORDERED.

Dated: __4/9/2021__

_____
Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE