| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | SARAH E. MORRISON, SBN 143459 |
| | Supervising Deputy Attorney General |
| 3 | JOSHUA R. PURTLE, SBN 298215 |
| | LANI M. MAHER, SBN 318637 |
| 4 | Deputy Attorneys General |
| | 1515 Clay Street, 20th Floor |
| 5 | P.O. Box 70550 |
| | Oakland, CA  94612-0550 |
| 6 | Telephone:  (510) 879-0098 |
| | Fax:  (510) 622-2270 |
| 7 | E-mail:  Joshua.Purtle@doj.ca.gov |

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA, et al.,**

Plaintiffs,

v.

**COUNCIL OF ENVIRONMENTAL QUALITY, et al.,**

Defendants.

Case No. 3:20-cv-06057

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**

**PLEASE TAKE NOTICE** that Deputy Attorney General Joshua R. Purtle, Office of the California Attorney General, hereby withdraws as counsel for Plaintiff State of California. The State of California will continue to be represented by Deputy Attorney General Lani M. Maher and Supervising Deputy Attorney General Sarah E. Morrison, Office of the California Attorney General.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | SARAH E. MORRISON |
| | | Supervising Deputy Attorney General |
| 4 | | |
| | | /s/Joshua R. Purtle |
| 5 | | JOSHUA R. PURTLE |
| | | LANI M. MAHER |
| 6 | | Deputy Attorneys General |
| 7 | | *Attorneys for Plaintiff State of California* |
| 8 | OK2020303085 | |
| | 91365519.docx | |