UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, et al.,<br><br>    Defendants. | Case No. 20-cv-06057-RS<br><br>**ORDER EXTENDING STAY OF CASE BY 120 DAYS AND SCHEDULING STATUS CONFERENCE** |

Having carefully considered the unopposed request to extend the stay of this case, *see* Dkt. 95, and having found good cause to do so, this case is hereby stayed for an additional 120 days from the date the stay was previously set to expire, November 4, 2021, to March 4, 2022. A status conference in this case and the related case, *Alaska Community Action on Toxics, et al. v. CEQ*, No. 20-cv-5199-RS (N.D. Cal.), was also set for November 4, 2021, and is continued to March 3, 2022. The parties must submit a joint status report regarding future proceedings on or before February 24, 2022.

**IT IS SO ORDERED**.

Dated: October 29, 2021

_____
RICHARD SEEBORG
Chief United States District Judge