IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 3:20-cv-06057-RS |
| Plaintiffs, | **NOTICE OF DISMISSAL; ORDER** |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY, in her official capacity as Chair of the council on Environmental Quality, | |
| Defendants, | |
| AMERICAN FARM BUREAU FEDERATION, et al., | |
| Defendant Intervenors | |

WHEREAS: On August 28, 2020, State Plaintiffs filed this suit to challenge Council on Environmental Quality's ("CEQ") July 16, 2020, rulemaking entitled Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act, 85 Fed. Reg. 43,304 (July 16, 2020) (the "2020 Rule"). ECF No. 1.

WHEREAS: On November 5, 2020, the Court granted American Farm Bureau Federation et al's motion to intervene as Defendants in this matter.

WHEREAS: This case was stayed by the Court on February 12, 2021, to accommodate Defendant the CEQ's review of the 2020 Rule pursuant to Executive Order 13990: 'Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis.' 86 Fed. Reg. 7,037 (Jan. 25, 2021). ECF No. 82.

WHEREAS: Through a series of Court Orders, the stay of this case has been extended eleven times until April 4, 2024 to accommodate the following rulemakings by CEQ revising

National Environmental Policy Act's ("NEPA") implementing regulations: the Final Interim Rule, 86 Fed. Reg. 34,154 (June 29, 2021); the National Environmental Policy Act Implementing Regulations Revisions, 87 Fed. Reg. 23,453 (April 20, 2022); and the Bipartisan Permitting Reform Implementation Rule, 85 Fed. Reg. 35,4432, 35,448 (May 1, 2024) (the "2024 Rule"). ECF Nos. 84, 89, 92, 96, 102, 104, 108, 110, 118, and 124.

WHEREAS: Following the promulgation of the 2024 Rule on May 1, 2024, the Parties agreed to request a further stay until September 9, 2024, to allow State Plaintiffs to review and analyze the 2024 Rule and its impact on State Plaintiffs' challenge. ECF No. 123.

WHEREAS: Upon expiration of the stay, State Plaintiffs asked that the Court further extend the stay in the Parties' joint status report filed on September 19, 2024. ECF No. 127. State Plaintiffs argued that the instant case is not moot, this Court retains jurisdiction and can enter a stay, and an extension of the stay is warranted to accommodate a forthcoming decision in a case filed in the District Court of North Dakota challenging the 2024 Rule and seeking its vacatur and reinstatement of the 2020 Rule, which is challenged in this litigation. ECF No. 127.

WHEREAS: In the joint status report, Federal Defendants argued that this case is moot and an extension of the stay is not warranted. ECF No. 127.

WHEREAS: At a Status Conference held before this Court on September 26, 2024, State Plaintiffs argued for a further extension of the stay and Federal Defendants argued against a further stay.

WHEREAS: Upon conclusion of the Status Conference, having heard arguments from all Parties, this Court stated it would dismiss the case as moot and directed the parties to file a stipulation to that effect. ECF No. 129.

WHEREAS: State Plaintiffs respectfully disagree with this Court's assessment that this case is moot and should be dismissed.

WHEREAS: State Plaintiffs and Federal Defendants were not able to reach agreement on language for a stipulated dismissal.

ACCORDINGLY, State Plaintiffs hereby dismiss this action without prejudice at the direction

of the Court.

        ROB BONTA
        Attorney General of California

        */s/ Jamie Jefferson*
        SARAH E. MORRISON, SBN 143459
        Supervising Deputy Attorney General
        THOMAS SCHUMANN, SBN 324559
        JAMIE JEFFERSON, SBN 197142
        Deputy Attorneys General
        1515 Clay Street, 20th Floor
        Oakland, CA 94602
        (510) 879-3298
        Jamie.Jefferson@doj.ca.gov

        *Attorneys for Plaintiff State of California*

        ROBERT W. FERGUSON
        Attorney General of Washington

        */s/ Elizabeth Harris*
        ELIZABETH HARRIS, *Pro Hac Vice*
        Assistant Attorney General
        Washington Attorney General's Office
        Environmental Protection Division
        800 5th Ave., Ste. 2000 TB-14
        Seattle, Washington 98104-3188
        (206) 233-3391
        Elizabeth.Harris@atg.wa.gov

        *Attorneys for Plaintiff State of Washington*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Scott Steinbrecher*<br>SCOTT STEINBRECHER, *Pro Hac Vice*<br>Deputy Attorney General<br>Ralph C. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6287<br>Scott.Steinbrecher@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Robert Snook*<br>ROBERT SNOOK, *Pro Hac Vice*<br>Assistant Attorney General<br>Attorney General's Office<br>165 Capitol Avenue<br>Hartford, Connecticut, 06106<br>(860) 808-5250<br>Robert.Snook@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |
| KATHERINE S. DYKES<br>Commissioner Connecticut Department of<br>Energy and Environmental Protection<br><br>*/s/ Kirsten S. P. Rigney*<br>KIRSTEN S. P. RIGNEY<br>Director, Legal Office<br>Department of Energy and<br>Environmental Protection<br>10 Franklin Square<br>New Britain, CT 06051<br>(860) 827-2984<br><br>*/s/ Robert Snook*<br>ROBERT SNOOK<br>Assistant Attorney General<br>10 Franklin Square<br>New Britain, CT 06051<br>(860) 827-2620<br>Robert.Snook@ct.gov<br><br>*Attorneys for Plaintiff Connecticut &<br>Department of Energy and<br>Environmental Protection* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8600<br>Christian.Wright@delaware.gov<br>Jameson.Tweedie@delaware.gov<br><br>*Attorneys for Plaintiff State of Delaware* |

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Jason E. James*<br>JASON E. JAMES, *Pro Hac Vice*<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/<br>Asbestos Litigation Division<br>Office of the Attorney General<br>Environmental Bureau<br>201 West Pointe Drive, Suite 7<br>Belleville, IL  62226<br>(872) 276-3583<br>Jason.James@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* | AARON FREY<br>Maine Attorney General<br><br>*/s/ Jillian R. O'Brien*<br>JILLIAN R. O'BRIEN, SBN 251311<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>jill.obrien@maine.gov<br>(207) 626-8582<br><br>*Attorneys for Plaintiff State of Maine* |
| ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>*/s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN<br>Special Assistant Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* | DANA NESSEL<br>Attorney General of Michigan<br><br>*/s/ Elizabeth Morrisseau*<br>ELIZABETH MORRISSEAU, *Pro Hac Vice*<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>6th Floor G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>MorrisseauE@michigan.gov<br><br>*Attorney for Plaintiff the People of the State of Michigan* |

| | |
|---|---|
| KEITH ELLISON<br>Attorney General of Minnesota<br><br>*/s/ Peter N. Surdo*<br>PETER N. SURDO, *Pro Hac Vice*<br>Special Assistant Attorney General<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, MN 55101<br>(651) 757-1061<br>Peter.Surdo@ag.state.mn.us<br><br>*Attorneys for Plaintiff State*<br>*of Minnesota* | AARON D. FORD<br>Attorney General of Nevada<br><br>*/s/ Heidi Parry Stern*<br>HEIDI PARRY STERN, *Pro Hac Vice*<br>Solicitor General<br>Office of the Nevada Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>(702) 245-5322<br>HStern@ag.nv.gov<br><br>*Attorneys for Plaintiff State of Nevada* |
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>*/s/ Lisa Morelli*<br>LISA MORELLI<br>Deputy Attorneys General<br>Environmental Permitting and<br>Counseling<br>R.J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625<br>(609) 376-2804<br><br>*Attorneys for Plaintiff State of New Jersey* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ William Grantham*<br>WILLIAM GRANTHAM<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>(505) 717-3520<br>wgrantham@nmag.gov<br><br>*Attorneys for the State of New Mexico* |

Proposed Order *California v. CEQ*, No. 3:20-cv-06057-RS

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | JOSHUA H. STEIN<br>Attorney General of North Carolina |
| 2 | | |
| 3 | /s/ Claiborne E. Walthall<br>CLAIBORNE E. WALTHALL, *Pro Hac Vice*<br>Assistant Attorney General | DANIEL S. HIRSCHMAN<br>Senior Deputy Attorney General |
| 4 | New York State Office of<br>the Attorney General | /s/ Asher P. Spiller<br>ASHER P. SPILLER, *Pro Hac Vice* |
| 5 | State Capitol<br>Albany, NY 12224 | Special Deputy Attorney General<br>North Carolina Department of Justice |
| 6 | (518) 776-2380<br>claiborne.walthall@ag.ny.gov | 114 W. Edenton Street<br>Raleigh, NC 27603 |
| 7 | | (919) 716-6977<br>aspiller@ncdoj.gov |
| 8 | *Attorneys for Plaintiff State of New<br>York and New York State Department* | |
| 9 | *of Environmental Conservation* | *Attorneys for Plaintiff State of<br>North Carolina* |
| 10 | ELLEN ROSENBLUM<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 11 | | |
| 12 | /s/ Paul Garrahan<br>PAUL GARRAHAN, *Pro Hac Vice* | /s/ Gregory S. Schultz<br>GREGORY S. SCHULTZ, *Pro Hac Vice* |
| 13 | Attorney-in-Charge<br>STEVE NOVICK | Special Assistant Attorney General<br>Office of the Attorney General |
| 14 | Special Assistant Attorney General<br>Natural Resources Section | Environmental and Energy Unit<br>150 South Main Street |
| 15 | Oregon Department of Justice<br>1162 Court Street NE | Providence, RI 02903<br>(401) 274-4400 |
| 16 | Salem, OR 97301-4096<br>(503) 947-4540 | gschultz@riag.ri.gov |
| 17 | Paul.Garrahan@doj.state.or.us<br>Steve.Novick@doj.state.or.us | *Attorneys for Plaintiff State of Rhode<br>Island* |
| 18 | *Attorneys for Plaintiff State of Oregon* | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| CHARITY R. CLARK<br>Attorney General of Vermont<br><br>/s/ Ryan Kane<br>RYAN KANE<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-6902<br>ryan.kane@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont*<br><br>ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>/s/ Turner H. Smith<br>TURNER H. SMITH, *Pro Hac Vice*<br>Assistant Attorney General<br>Deputy Bureau Chief<br>MATTHEW IRELAND, *Pro Hac Vice*<br>Assistant Attorney General<br>Office of the Attorney General<br>Energy and Environment Bureau<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>Turner.Smith@mass.gov<br>Matthew.Ireland@mass.gov<br><br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ Tressie K. Kamp<br>TRESSIE K. KAMP<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>17 W. Main Street<br>Madison, WI 53707-7857<br>(608) 266-9595<br>kamptk@doj.state.wi.us<br><br>*Attorneys for Plaintiff State of Wisconsin*<br><br>JOSH SHAPIRO<br>Attorney General of Pennsylvania<br><br>MICHAEL J. FISCHER<br>Chief Deputy Attorney General<br><br>/s/ Ann R. Johnston<br>ANN R. JOHNSTON, *Pro Hac Vice*<br>Senior Deputy Attorney General<br>Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>(717) 705-6938<br>ajohnston@attorneygeneral.gov<br><br>*Attorneys for Plaintiff Commonwealth of Pennsylvania* |

| | |
|---|---|
| DOUGLAS B. MOYLAN<br>Attorney General of Guam<br><br>/s/ Joseph A. Perez<br>JOSEPH A. PEREZ *Pro Hac Vice*<br>Assistant Attorney General<br>Consumer Protection Division<br>590 South Marine Corps Drive,<br>Suite 901, ITC Building<br>Tamuning, Guam 96913 ▪ USA<br>(671) 475-3324<br>jperez@oagguam.org<br><br>*Attorneys for Plaintiff Territory of Guam* | BRIAN L. SCHWALB<br>Attorney General for the<br>District of Columbia<br><br>JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br><br>/s/ Adam Teitelbaum<br>ADAM TEITELBAUM<br>Deputy Director, Office<br>of Consumer Protection<br>WESLEY ROSENFELD<br>Assistant Attorney General<br>District of Columbia Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001<br>(202) 256-3713<br>adam.teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* |
| HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br><br>/s/ Nathan Taylor<br>NATHAN TAYLOR<br>New York City Law Department<br>100 Church Street, Rm 6-144<br>New York, NY 10007<br>(646) 940-0736 (m)<br>(212) 356-2315<br>NTaylor@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* | CHRISTIAN D. MENEFEE<br>Harris County Attorney<br><br>/s/ Sarah Jane Utley<br>SARAH JANE UTLEY*<br>Environment Division Director<br>Harris County Attorney's Office<br>1019 Congress, 15th Floor<br>Houston, Texas 77002<br>(713) 274-5124<br>sarah.utley@harriscountytx.gov.<br><br>*Attorneys for Plaintiff Harris County, Texas* |

\* In compliance with Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed have concurred in the filing of this document.

Notice of Dismissal and Order *California v. CEQ*, No. 3:20-cv-06057-RS       9

IT IS SO ORDERED.

Dated: 10/28/2024

_____
Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted this 10th day of October, 2024.